**EXHIBIT B**

DOCS_DE:238908.1 05233/003

Exhibit B

| Store # | Store Name | Merchandise | Royalty | Delivery & Shuttle Fees | Warranty | Other | Statement Total | Marketing Exp Invoice | Total AR |
|---|---|---|---|---|---|---|---|---|---|
| 219 | Bloomington | $ 96,584.18 | $ 3,118.44 | | $ 2,348.71 | | $ 102,051.33 | $ 9,563.24 | $ 111,614.57 |

## Account Status

## 219 Bloomington

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| 219-0000337 | Merchandise INV | 25-FEB-20 | 11-MAR-20 | USD | 26,077.70 | 26,077.70 |
| R219030820 | Royalty INV | 08-MAR-20 | 11-MAR-20 | USD | 3,118.44 | 3,118.44 |
| 219-0000338 | Merchandise INV | 27-FEB-20 | 13-MAR-20 | USD | 26,400.99 | 26,400.99 |
| 219-0000339 | Warranty INV | 29-FEB-20 | 15-MAR-20 | USD | 1,924.70 | 1,924.70 |
| 219-0000340 | Merchandise INV | 03-MAR-20 | 18-MAR-20 | USD | 33,913.27 | 33,913.27 |
| 219-0000341 | Merchandise INV | 08-MAR-20 | 23-MAR-20 | USD | 10,192.22 | 10,192.22 |
| 219-0000342 | Warranty INV | 08-MAR-20 | 23-MAR-20 | USD | 424.01 | 424.01 |
|  |  |  |  |  | Total Due | 102,051.33 |

Report Run Date - 15-MAR-2020

# FRANCHISE BILLING FORM

## ART VAN FURNITURE

| | | |
|---|---|---|
| DECEMBER | 2019 | |
| STORE | 219 | BLOOMINGTON |
| INVOICE | 219-123119 | |

| INVOICE DATE: | 3/8/2020 |
|---|---|
| DUE DATE: | 3/23/2020 |

### FRANCHISE / VENDOR / INVOICE DETAIL

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ROUNDING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 219 | BLOOMINGTON | IT | AT&T MOBILITY | 287236900008X11252019 | 12/1/19 | TELECOM SERVICES | 1 | 13.50 | 13.50 | | | 13.50 |
| 219 | BLOOMINGTON | ART VAN | DAMAGE/REPAIR CREDITS - ART VAN | 123119 | 12/31/19 | DAMAGE & REPAIR CREDITS | 1 | (93.75) | (93.75) | | | (93.75) |
| 219 | BLOOMINGTON | ART VAN | ART VAN | 123119 | 12/31/19 | WAGES BILLED - (see attached detail) | 1 | 67.66 | 67.66 | | | 67.66 |
| 219 | BLOOMINGTON | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 12 OF 12) | 1 | 1,086.06 | 1,086.06 | | | 1,086.06 |
| 219 | BLOOMINGTON | ART VAN | ELITE REWARDS | 123119 | 12/31/19 | ELITE REWARDS FOR DECEMBER 2019 | 1 | 325.00 | 325.00 | | | 325.00 |
| 219 | BLOOMINGTON | ADVERTISING | GRAPHIC EAST | 81550 | 11/20/19 | BLACK FRIDAY FREE SEALY BED IN BOX POSTERS GE#81457 | 1 | | 7.29 | | 0.44 | 7.73 |
| 219 | BLOOMINGTON | ADVERTISING | GRAPHIC EAST | 81581 | 11/19/19 | 2019 TOYS FOR TOTS POSTERS GE#81414 | 2 | | 12.79 | | 0.77 | 13.56 |
| 219 | BLOOMINGTON | ADVERTISING | GRAPHIC EAST | 81582 | 11/19/19 | DECEMBER 2019 EVENT POSTERS 12/4 WINTER HOLIDAY SALE 12/12 BLKFRI | 10 | | 11.36 | | 0.68 | 12.04 |
| 219 | BLOOMINGTON | ADVERTISING | GRAPHIC EAST | 81583 | 11/19/19 | BLACK FRIDAY GIFT CARDS GE#81401 | 200 | | 7.36 | | 0.44 | 7.80 |
| 219 | BLOOMINGTON | ADVERTISING | GRAPHIC EAST | 81708 | 11/27/19 | MUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 FRANCHISE/INSTORE | 10,309 | | 1,012.58 | 16.39 | 60.75 | 1,089.72 |
| 219 | BLOOMINGTON | ADVERTISING | GRAPHIC EAST | 81963 | 12/17/19 | DECEMBER 2019 WVENT POSTERS ROUND 2-2VERSIONS GE#81954 | 10 | | 12.45 | 11.61 | 0.75 | 24.81 |
| 219 | BLOOMINGTON | ADVERTISING | NTVB MEDIA INC | 29227 | 11/27/19 | ART VAN ISSUE DATE:11/22/19 BLACK FRIDAY PREVIEW | 16,050 | | | | | 722.40 |
| 219 | BLOOMINGTON | ADVERTISING | NTVB MEDIA INC | 29344 | 12/13/19 | ART VAN ISSUE DATE:12/29/19 MATTRESS ONLY 4PG TAB | 18,550 | | | | | 593.09 |
| 219 | BLOOMINGTON | ART VAN | TEMPUS TECHNOLOGIES, INC | 12194177 | 12/1/19 | COMPLIANCE FEE FOR CC CHIP READER | 1 | 29.00 | 29.00 | | | 29.00 |
| 219 | BLOOMINGTON | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149540 | 10/28/19 | ART VAN TSG OCTOBER 2019 POSTAGE/PROCESSING/DPO | 7 | | | | | 4.00 |

| | GRAND TOTAL | 219 | $ | 3,902.62 |
|---|---|---|---|---|

```
Run Date   . . :   /10/2020                         ART VA      NITURE                            990708/ACC     RC_SRV_CD
Run Time   . . :   15:03:26                      Franchise Service Credits                           MAN898R/NEWSYS
Store  . . . . : 219 BLOOMINGTON FR              12/01/2019 to 12/31/2019
Page . . . . . : 00001
Vendor/Model            Debit Memo#       Service#   Road Service  Delivery Prp  Damage Reprs
=============================================================================================

HMR   9264-21-SLATE     219-0000005-001                      .00           .00         93.75
=============================================================================================
Total . . :                                                  .00           .00         93.75
```

| Art Van Furniture | | | |
|---|---|---|---|
| Franchising | | | |
| Wages billed to Franchise store - Bloomington - Store # 219 | | | |
| December 2019 | | | |
| | | | |
| Employee name | Commissions | Spiffs | Total Labor $ |
| Chris Dunavant | 33.83 | | 33.83 |
| | | | |
| Samira Farah | 33.83 | | 33.83 |
| | | | |
| Total | | | 67.66 |
| | | | |

Franchise Elite rewards
December 31, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 219-0063377 | 20191213 | 50IN-TV | 250.00 | 250.00 | 219 |
| 219-0063444 | 20191201 | SYG-100-M-BIKE | 75.00 | 75.00 | 219 |
| | | | | 325.00 | |